IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Jamie L. Palashoff<br><br>    Debtor(s)<br><br>Jamie L. Palashoff<br><br>    Movant(s)<br><br>v.<br><br>United States Federal Courts, and<br>Ronda J. Winnecour<br><br>    Respondent(s) | Bankruptcy No.  17-23459-GLT<br><br>Chapter 13<br><br>Document No. 13 |

**CERTIFICATE OF SERVICE OF**
**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

    I, Mark G. Moynihan, Attorney for Debtor, certify that on September 14, 2017 I served a copy of the Court's September 7, 2017 wage attachment Order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at United States Federal Courts, One Columbus Circle, NE, Suite 2-270, Washington, DC 20544.

    Method of service: USPS first class mail, postage prepaid

    Total number of parties served: 1

    Date executed: September 14, 2017

    Respectfully submitted,

    /s/ Mark G. Moynihan
    Mark G. Moynihan, Esquire
    Attorney for Debtor(s)
    PA 307622
    112 Washington Place, Suite 230
    Pittsburgh, PA 15219
    Phone:  (412) 889-8535
    Fax:  (800) 997-8192
    Email: mark@moynihanlaw.net