Certificate Number: 17572-PAW-DE-029897319

Bankruptcy Case Number: 17-23459



17572-PAW-DE-029897319

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 19, 2017</u>, at <u>10:25</u> o'clock <u>AM PDT</u>, <u>Jamie L Palashoff</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>September 19, 2017</u>            By:    <u>/s/Judy Alexander</u>

                                           Name:  <u>Judy Alexander</u>

                                           Title:  <u>Counselor</u>