Certificate Number: 17572-PAW-DE-030472132

Bankruptcy Case Number: 17-23459



17572-PAW-DE-030472132

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 24, 2018</u>, at <u>8:35</u> o'clock <u>AM PST</u>, <u>Jamie Palashoff</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>January 24, 2018</u>                By:   <u>/s/Leigh-Anna M Thompson</u>

Name:  <u>Leigh-Anna M Thompson</u>

Title:  <u>Counselor</u>