# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** JAMIE L. PALASHOFF
**Case Number:** 17-23459-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, FEBRUARY 08, 2018 09:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#2 - Final Confirmation of Plan Dated 8/29/2017 (NFC)
R / M #: 2 / 0

### Appearances:

Debtor: DNA - ILLNESS
Trustee: Winnecour / Pail / Katz / SICKNESS

Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 03/15/18 at 3:00 PM.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

1/31/2018   4:07:27PM