IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Jamie L. Palashoff<br>    Debtor(s) | Bankruptcy No. 17-23459-GLT<br><br>Chapter 13 |
| Jamie L. Palashoff<br>    Movant(s)<br><br>v.<br><br>Ronda J. Winnecour, Trustee<br>    Respondent(s) | Document No. |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, Mark G. Moynihan, Esq., counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

Date: March 8, 2018    By:    /s/ Mark G. Moynihan
Mark G. Moynihan, Esquire
Attorney for Debtor(s)
PA 307622
112 Washington Place, Suite 230
Pittsburgh, PA 15219
Phone: (412) 889-8535
Fax: (800) 997-8192
Email: mark@moynihanlaw.net

Midland Funding, LLC
2365 Northside Drive
Suite 300
San Diego, CA 92108

Arthur Lashin, Esq.
Hayt, Hayt, & Landau, LLC
123 S. Broad Street
Philadelphia, PA 19109-1003

Balance Recovery, Inc.
PO Box 17
Imperial, PA 15126

Kurt S. Freedman
Balance Recovery, Inc.
PO Box 17
Imperial, PA 15126

Hudson & Keyse
382 Blackbrook Road
Painesville, OH 44077

Ronald Amato, Esq.
Amato and Associates, P.C.
107 North Commerce Way
Bethlehem, PA 18017

**PAWB Local Form 30 (07/13)**