IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Jamie L. Palashoff<br>    Debtor(s) | Bankruptcy No.  17-23459-GLT<br><br>Chapter 13 |
| Jamie L. Palashoff<br>    Movant(s)<br><br>v.<br><br>Ronda J. Winnecour, Trustee<br>    Respondent(s) | Document No.<br><br>Related to Doc No. 30, 32 |

**CERTIFICATE OF SERVICE OF
AMENDED TO SCHEDULE F [DOC 30],
THE 341 MEETING OF CREDITORS NOTICE [DOC 9], AND
ORDER ON AMENDED TO SCHEDULE F [DOC 32]**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that I served a copy of the above captioned pleadings upon the following parties by Electronic Notification and by USPS first class mail postage prepaid on **March 9, 2018**, as indicated on the attached list.

The type(s) of service made on the parties was: first-class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

| | |
|---|---|
| Executed on: <u>March 9, 2018</u> | /s/ Mark G. Moynihan<br>Mark G. Moynihan, Esquire<br>Attorney for Debtor(s)<br>PA 307622<br>112 Washington Pl, Suite 230<br>Pittsburgh, PA 15219<br>Phone:  (412) 889-8535<br>Fax:  (800) 997-8192<br>Email: mark@moynihanlaw.net |

**Service by CM/ECF System Notice of Electronic Filing**

Allison L. Carr on behalf of Creditor Duquesne Light Company
acarr@bernsteinlaw.com, acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Jeffrey R. Hunt on behalf of Creditor Borough of Brentwood/Brentwood School District
jhunt@grblaw.com, cnoroski@grblaw.com

Mark G. Moynihan on behalf of Debtor Jamie L. Palashoff
mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

James Warmbrodt on behalf of Creditor Pacific Union Financial, LLC
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by USPS First-Class Mail**

| | | |
|---|---|---|
| Borough of Brentwood/Brentwood School Distri<br>Goehring, Rutter & Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | Arthur Lashin, Esq.<br>Hayt, Hayt, & Landau, LLC<br>123 S. Broad Street<br>Philadelphia, PA 19109-1003 | Balance Recovery, Inc.<br>PO Box 17<br>Imperial, PA 15126-0017 |
| Borough of Brentwood/Brentwood School Distri<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building | Capital Accounts<br>2120 Crestmoor Rd<br>Nashville, TN 37215-2654 | Capital Accounts<br>PO Box 140065<br>Nashville, TN 37214-0065 |
| Central Credit Services<br>20 Corporate Park Hills Dr<br>Saint Charles, MO 63301-3749 | COLLECTION SERVICE CENTER INC<br>363 VANADIUM ROAD STE 109<br>PITTSBURGH PA 15243-1477 | Collection Service Center, Inc.<br>PO Box 560<br>New Kensington, PA 15068-0560 |

| | | |
|---|---|---|
| Commonwealth Financial Systems, Inc.<br>245 Main St<br>Dickson City, PA 18519-1641 | Commonwealth of Pennsylvania County of Allegheny<br>Honorable Ralph E. Kaiser<br>5001 Curry Rd<br>Pittsburgh, PA 15236-2569 | Debt Recovery Solutions<br>900 Merchants Concourse<br>Westbury, NY 11590-5142 |
| Debt Recovery Solutions, LLC<br>6800 Jericho Turnpike, Suite 113E<br>Syosset, NY 11791-4401 | First Premier Bank<br>601 S. Minnesota Avenue<br>Sioux Falls, SD 57104-4868 | Hudson & Keys<br>382 Blackbrook Road<br>Painesville, OH 44077-1294 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kurt S. Freedman<br>Balance Recovery, Inc.<br>PO Box 17<br>Imperial, PA 15126-0017 | LVNV Funding LLC<br>PO Box 10497<br>Greenville, SC 29603-0497 |
| LVNV Funding LLC, C/O Resurgent Capital Serv<br>P.O. Box 10675<br>Greenville, SC 29603-0675 | MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Michael M. Bianco<br>4232 Brownsville Rd<br>Pittsburgh, PA 15227-3330 |
| Midland Funding, LLC<br>2365 Northside Drive<br>Suite 300<br>San Diego, CA 92108-2709 | ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| OneMain<br>Attn: Bankruptcy<br>601 NW 2nd St<br>Evansville, IN 47708-1013 | OneMain Financial<br>PO Box 1010<br>Evansville, IN 47706-1010 | Pacific Union Financial<br>1603 LBJ Freeway, Suite 500<br>Farmers Branch, TX 75234-6071 |
| Pacific Union Financial, LLC<br>7880 Bent Branch Drive #100<br>Irving, TX 75063-6046 | Pennsylvania Dept of Revenue<br>Bankruptcy/Collection Unit<br>10th Floor Strawberry Square<br>4th & Walnut Streets<br>Harrisburg, PA 17128-0001 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Ralph Gulko, Esq.<br>Pressler and Pressler LLP<br>7 Entin Road<br>Parsippany, NJ 07054-5020 | Ronald Amato, Esq.<br>Amato and Associates, P.C.<br>107 North Commerce Way<br>Bethlehem, PA 18017-8913 |

| | | |
|---|---|---|
| T. John Kuehn<br>1201 Broughton Rd<br>Pittsburgh, PA 15236-3451 | UPMC Health Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | Jamie L. Palashoff<br>3209 Villawood Ave<br>Pittsburgh, PA 15227-3035 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |