IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Jamie L. Palashoff<br>    Debtor(s) | Bankruptcy No. 17-23459-GLT<br><br>Chapter 13 |
| Jamie L. Palashoff<br>    Movant(s)<br><br>    v.<br><br>United States Federal Courts, and<br>Ronda J. Winnecour, Trustee<br>    Respondent(s) | Related to Document No. 38, 39 |

**CERTIFICATE OF SERVICE OF
AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT
AND LOCAL FORM 12, NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

    I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on May 14, 2018.

The type(s) of service made on the parties was: first-class mail.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

Debtor's Employer Served First-Class Mail:

United States Federal Courts
One Columbus Circle, NE Suite 2-270
Washington, DC 20544

                                                Respectfully submitted,

                                                <u>/s/ Mark G. Moynihan</u>
                                                Mark G. Moynihan, Esquire
                                                Attorney for Debtor(s)
                                                PA 307622
                                                2 Chatham Center, Suite 230
                                                Pittsburgh, PA 15219
                                                Phone:  (412) 889-8535
                                                Fax:  (800) 997-8192
                                                Email: mark@moynihanlaw.net