IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>JAMIE L. PALASHOFF<br>    Debtor(s) | Bankruptcy No. 17-23459-GLT<br><br>Chapter 13 |
| JAMIE L. PALASHOFF<br>    Movant(s) | Document No. |
| v. | |
| RONDA J. WINNECOUR., TRUSTEE<br>    Respondent(s) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, <u>Mark G. Moynihan, Esquire</u>, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

    Boyer & Pentek, Inc.
    Attn: Josh Boyer
    503 Reba Street
    McKeesport, PA 15132

    Respectfully submitted,

    MOYNIHAN LAW, PC

Date: <u>September 24, 2020</u>    By:    <u>/s/ Mark G. Moynihan</u>
    Mark G. Moynihan, Esquire
    Attorney for Debtor(s)
    PA 307622
    2 Chatham Center, Suite 230
    Pittsburgh, PA 15219
    Phone:  (412) 889-8535
    Fax:  (800) 997-8192
    Email: mark@moynihanlaw.net

**PAWB Local Form 30 (07/13)**