Form 006

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Jamie L. Palashoff** | : | Case No. 17−23459−GLT |
| **aka Jamie L. Jowers, aka Jamie Lynn** | : | |
| **Palashoff, aka Jamie Lynn Jowers** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |

# ORDER

**AND NOW,** this ***The 25th of September, 2020***, the Debtor(s) having filed an ***Amendment to Schedule* F** filed on **9/24/2020**

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)    The Debtor(s) shall *immediately* serve a copy of this *Order*, the *341 Meeting of Creditors Notice* and the *Amendment* on all affected parties, the Trustee (if one is appointed) and the United States Trustee.

(2)    On or before seven (7) days from receipt of this *Order* the Debtor(s) shall file a Certificate of Service with the Clerk, U.S. Bankruptcy Court.

(3)    ***On or before 10/26/2020 or the date set forth in the Section 341 Meeting Notice***, whichever is later, any ***Objection to Discharge*** (if applicable), ***Request for a 341 Meeting*** (if applicable), and/or ***Objections to Exemptions*** shall be filed.

(4)    If no objections to the *Amendment* are filed, the *Amendment* is accepted for filing. If objections to the *Amendment* are filed, a hearing will be scheduled.

(5)    ***FAILURE TO SERVE*** the appropriate documents and file a timely ***Certificate of Service*** will result in the *Amendment* being rendered **NULL AND VOID** without further Order of Court.

(6)    If applicable, failure to pay the required filing fee within seven (7) days of the date of the *Order*, or failure to add additional creditors(s) into bankruptcy case via CM/ECF Creditor Maintenance within seven (7) days from the date of this *Order* will result in the *Amendment* being rendered **NULL AND VOID** without further Order of Court.

Dated: September 25, 2020

cm: Debtor
    Counsel For Debtor

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jamie L. Palashoff  
    Debtor

Case No. 17-23459-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dbas | Page 1 of 1 | Date Rcvd: Sep 25, 2020 |
|---|---|---|---|
| | Form ID: 006 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2020.
db             +Jamie L. Palashoff,   3209 Villawood Ave,   Pittsburgh, PA 15227-3035

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2020                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2020 at the address(es) listed below:
        Brian Nicholas    on behalf of Creditor    Pacific Union Financial, LLC bnicholas@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor    Borough of Brentwood/Brentwood School District
         jhunt@grblaw.com,  cnoroski@grblaw.com
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
         jbluemle@bernsteinlaw.com
        Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC dba Mr. Cooper et al.
         pabk@logs.com
        Mark G. Moynihan    on behalf of Debtor Jamie L. Palashoff mark@moynihanlaw.net,
         moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
        Nicole Bernadette Labletta    on behalf of Creditor    Nationstar Mortgage LLC dba Mr. Cooper et
         al. Nlabletta@pincuslaw.com,  brausch@pincuslaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                    TOTAL: 8