**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Jamie L. Palashoff**
**aka Jamie L. Jowers, aka Jamie Lynn Palashoff, aka Jamie Lynn Jowers**
   Debtor(s)

Bankruptcy Case No.: 17–23459–GLT
Related to Docket No. 53
Chapter: 13
Docket No.: 61 – 53
Concil. Conf.: November 19, 2020 at 11:00 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, _____, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

on the respondent(s) at (list names and addresses here):

Executed on _____      _____
                (Date)                                     (Signature)

_____
(Type Name and Mailing Address of Person Who Made Service)

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jamie L. Palashoff  
    Debtor

Case No. 17-23459-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dbas     Page 1 of 1     Date Rcvd: Sep 25, 2020  
                     Form ID: 151     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2020.  
db            +Jamie L. Palashoff,    3209 Villawood Ave,    Pittsburgh, PA 15227-3035

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2020                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2020 at the address(es) listed below:

            Brian Nicholas    on behalf of Creditor    Pacific Union Financial, LLC bnicholas@kmllawgroup.com  
            Jeffrey R. Hunt    on behalf of Creditor    Borough of Brentwood/Brentwood School District  
            jhunt@grblaw.com, cnoroski@grblaw.com  
            Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,  
            jbluemle@bernsteinlaw.com  
            Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC dba Mr. Cooper et al.  
            pabk@logs.com  
            Mark G. Moynihan    on behalf of Debtor Jamie L. Palashoff mark@moynihanlaw.net,  
            moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com  
            Nicole Bernadette Labletta    on behalf of Creditor    Nationstar Mortgage LLC dba Mr. Cooper et  
            al. Nlabletta@pincuslaw.com, brausch@pincuslaw.com  
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                                TOTAL: 8