Form 222

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jamie L. Palashoff**
**aka Jamie L. Jowers, aka Jamie Lynn Palashoff, aka Jamie Lynn Jowers**
   Debtor(s)

Bankruptcy Case No.: 17–23459–GLT
Related to Docket No. 53
Chapter: 13
Docket No.: 61 – 53
Concil. Conf.: November 19, 2020 at 11:00 AM

## ORDER

    **IT IS HEREBY ORDERED** that, the Debtor(s) shall immediately serve a copy of this *Order,* the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan Dated 9/24/2020* on the Chapter 13 Trustee and all parties on the mailing matrix and complete and file the accompanying *Certificate of Service* with the Clerk.

    On or before **October 26, 2020,** all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Untimely *objections* will not be considered.

    On **November 19, 2020** at **11:00 AM,** a Conciliation Conference on the Debtor(s)' *Amended Plan* shall occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: September 25, 2020

cm: Debtor(s) and/or Debtor(s)' counsel

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jamie L. Palashoff  
    Debtor

Case No. 17-23459-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dbas     Page 1 of 1     Date Rcvd: Sep 25, 2020  
                 Form ID: 222     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2020.  
db          +Jamie L. Palashoff,    3209 Villawood Ave,    Pittsburgh, PA 15227-3035

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2020                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2020 at the address(es) listed below:

        Brian Nicholas    on behalf of Creditor    Pacific Union Financial, LLC bnicholas@kmllawgroup.com  
        Jeffrey R. Hunt    on behalf of Creditor    Borough of Brentwood/Brentwood School District  
         jhunt@grblaw.com,   cnoroski@grblaw.com  
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,  
         jbluemle@bernsteinlaw.com  
        Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC dba Mr. Cooper et al.  
         pabk@logs.com  
        Mark G. Moynihan    on behalf of Debtor Jamie L. Palashoff mark@moynihanlaw.net,  
         moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com  
        Nicole Bernadette Labletta    on behalf of Creditor    Nationstar Mortgage LLC dba Mr. Cooper et  
         al. Nlabletta@pincuslaw.com,   brausch@pincuslaw.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                TOTAL: 8