IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>JAMIE L. PALASHOFF<br>    Debtor(s) | Bankruptcy No. 17-23459-GLT<br><br>Chapter 13 |
| JAMIE L. PALASHOFF<br>    Movant(s) | Related to Document No. 57, 58<br><br>Hearing Date: October 28, 2020 at 9:00AM |
| v. | |
| MIDLAND FUNDING, LLC<br>    Respondent(s) | |

## CERTIFICATE OF NO OBJECTION REGARDING
## DEBTOR'S MOTION TO AVOID LIEN

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Debtor's **Motion to Avoid Lien filed on September 24, 2020** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion** appears thereon. Pursuant to the **Notice of Telephonic Hearing with Response Deadline**, a response to the **Motion** was to be filed and served no later than **October 11, 2020**.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                                                MOYNIHAN LAW, PC

Dated: October 14, 2020              By:    /s/ Mark G. Moynihan
                                                                Mark G. Moynihan, Esquire
                                                                Attorney for Debtor
                                                                PA 307622
                                                                2 Chatham Center, Suite 230
                                                                Pittsburgh, PA 15219
                                                                Phone: (412) 889-8535
                                                                Fax: (800) 997-8192
                                                                Email: mark@moynihanlaw.net