IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>JAMIE L. PALASHOFF<br>　　Debtor(s) | Bankruptcy No. 17-23459-GLT<br><br>Chapter 13 |
| JAMIE L. PALASHOFF<br>　　Movant(s)<br><br>　　vs.<br><br>MIDFIRST BANK<br>RONDA J. WINNECOUR, TRUSTEE<br>　　Respondent(s) | Doc No.<br><br>Related to Doc No. 83, 84 |

**CERTIFICATE OF SERVICE OF ORDER DATED SEPTEMBER 3, 2021 [Doc 84], NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN AND AMENDED PLAN DATED SEPTEMBER 3, 2021 [Doc 83]**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 19 years of age and that

on the **7th day of September, 2021**, I served the above captioned pleading on the parties at the addresses specified below.

The type(s) of service made on the parties was: **first-class mail and electronic notification**.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

　　　　　　　　　　　　　　　　　　　　　　　　MOYNIHAN LAW PC

| | | |
|---|---|---|
| Executed on: September 7, 2021 | By: | /s/ Mark G. Moynihan<br>Mark G. Moynihan<br>PA ID No. 307622<br>2 Chatham Center, Suite 230<br>Pittsburgh, PA 15219<br>Phone:  (412) 889-8535<br>Fax:  (800) 997-8192<br>Email: mark@moynihanlaw.net<br><br>Attorney for Debtor(s) |

**Service by NEF**

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Kevin Scott Frankel on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper et al.
pabk@logs.com, logsecf@logs.com

Jeffrey R. Hunt on behalf of Creditor Borough of Brentwood/Brentwood School District
jhunt@grblaw.com, cnoroski@grblaw.com

Nicole Bernadette Labletta on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper et al.
Nlabletta@pincuslaw.com, brausch@pincuslaw.com

Maria Miksich on behalf of Creditor MidFirst Bank
mmiksich@kmllawgroup.com

Mark G. Moynihan on behalf of Debtor Jamie L. Palashoff
mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Brian Nicholas on behalf of Creditor Pacific Union Financial, LLC
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

| Borough of Brentwood/Brentwood School Distri<br>Goehring, Rutter & Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
|---|---|---|
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Balance Recovery, Inc.<br>PO Box 17<br>Imperial, PA 15126-0017 | Borough of Brentwood/Brentwood School Distri<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 |

| | | |
|---|---|---|
| Boyer & Pentek, Inc.<br>Attn: Josh Boyer<br>503 Reba Street<br>McKeesport, PA 15132-7337 | Capital Accounts<br>2120 Crestmoor Rd<br>Nashville, TN 37215-2654 | Capital Accounts<br>PO Box 140065<br>Nashville, TN 37214-0065 |
| CENTRAL CREDIT SERVICES<br>2070 LITTLE HILLS EXPY<br>SAINT CHARLES MO  63301-3708<br>USPS change | COLLECTION SERVICE CENTER INC<br>363 VANADIUM ROAD, STE 109<br>PITTSBURGH PA 15243-1477 | Collection Service Center, Inc.<br>PO Box 560<br>New Kensington, PA 15068-0560 |
| Commonwealth Financial Systems, Inc.<br>245 Main St<br>Dickson City, PA 18519-1641 | Debt Recovery Solutions<br>900 Merchants Concourse<br>Westbury, NY 11590-5142 | Debt Recovery Solutions, LLC<br>6800 Jericho Turnpike, Suite 113E<br>Syosset, NY 11791-4401 |
| First Premier Bank<br>601 S. Minnesota Avenue<br>Sioux Falls, SD 57104-4868 | Hudson & Keys<br>382 Blackbrook Road<br>Painesville, OH 44077-1294 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Kurt S. Freedman<br>Balance Recovery, Inc.<br>PO Box 17<br>Imperial, PA 15126-0017 | LVNV Funding LLC C/O Resurgent Capital Servi<br>PO Box 10587<br>Greenville, SC  29603-0587 | MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Michael M. Bianco<br>4232 Brownsville Rd<br>Pittsburgh, PA 15227-3330 | MidFirst Bank<br>Bankruptcy Department<br>999 NW Grand Boulevard, #110<br>Oklahoma City, OK 73118-6051 | Midland Funding, LLC<br>2365 Northside Drive<br>Suite 300<br>San Diego, CA 92108-2709 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>PO Box 619096<br>Dallas, TX 75261-9096 | ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| OneMain<br>Attn: Bankruptcy<br>601 NW 2nd St<br>Evansville, IN 47708-1013 | OneMain Financial<br>PO Box 1010<br>Evansville, IN 47706-1010 | Pacific Union Financial<br>1603 LBJ Freeway, Suite 500<br>Farmers Branch, TX 75234-6071 |

| | | |
|---|---|---|
| Pacific Union Financial, LLC<br>7880 Bent Branch Drive #100<br>Irving, TX 75063-6046 | Pennsylvania Dept of Revenue<br>Bankruptcy/Collection Unit<br>10th Floor Strawberry Square<br>4th & Walnut Streets<br>Harrisburg, PA 17128-0001 | PORTFOLIO RECOVERY<br>ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Premier Bankcard, Llc<br>Jefferson Capital Systems LLC<br>Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | T. John Kuehn<br>1201 Broughton Rd<br>Pittsburgh, PA 15236-3451 | UPMC Health Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |
| Jamie L. Palashoff<br>3209 Villawood Ave<br>Pittsburgh, PA 15227-3035 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |