Case 17-23459-GLT    Doc 88    Filed 10/15/21    Entered 10/15/21 11:12:06    Desc Main
Document    Page 1 of 1

FILED
10/15/21 9:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: JAMIE L. PALASHOFF
- Case Number: 17-23459-GLT    Chapter: 13
- Date / Time / Room: THURSDAY, OCTOBER 14, 2021 11:30 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#83 - Amended Plan Dated 9-3-2021 (FC)
R/M#: 83 / 0

**Appearances:**

- Debtor: Moynihan
- Trustee: Winnecour / **Warmbrodt** / Katz / DeSimone
- Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____
7. ✓ Plan/Motion continued to 11/18/21 at 11:30
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
   Objections are due on or before _____
   A hearing on the Amended Plan is set for _____ at _____
9. _____ Contested Hearing: _____ at _____
10. _____ Other:

10/6/2021   9:59:35AM