**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/24/2022

IN RE:

JAMIE L. PALASHOFF
3209 VILLAWOOD AVE
PITTSBURGH, PA 15227
XXX-XX-9029          Debtor(s)

Case No.17-23459 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/24/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PACIFIC UNION FNCL/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **MIDFIRST BANK SSB***<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 0.00<br>COMMENT: CL5GOV W NMPC*DKT4PMT-LMT*BGN 9/17*FR PACIFIC UNION-DOC 44*FR NATION | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8364 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NO TAX YRS~NTC ONLY/SCH | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NO TAX YRS~NTC ONLY/SCH | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: |
| **CAPITAL ACCOUNTS LLC**<br>POB 140065<br>NASHVILLE, TN 37214 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WEINSTEIN IMAGING ASSOC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5617 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ALLEGHENY RDLGY ASSOC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: RL66 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FORBES HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: JMXE |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 125.00<br>COMMENT: U25F~ALLEGHENY RDLGY ASSOC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9029 |
| **COMMONWEALTH FINANCIAL SYSTEMS/NCC(*)**<br>245 MAIN ST<br>DICKSON CITY, PA 18519 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: W PENN HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 35N1 |
| **COMMONWEALTH FINANCIAL SYSTEMS/NCC(*)**<br>245 MAIN ST<br>DICKSON CITY, PA 18519 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: W PENN HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 02N1 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **COMMONWEALTH FINANCIAL SYSTEMS/NCC(*)**<br>245 MAIN ST<br>DICKSON CITY, PA 18519 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: W PENN HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 01N1 |
| **DEBT RECOVERY SOLUTIONS LLC**<br>6800 JERICHO TURNPIKE STE 113E<br>SYOSSET, NY 11791 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: VERIZON/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2179 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 474.40<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3588 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 6-2<br>CLAIM: 1,095.48<br>COMMENT: FNBM/CREDIT ONE*JUDGMENT*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9426 |
| **MICHAEL BIANCO**<br>4232 BROWNSVILLE RD<br>PITTSBURGH, PA 15227 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6284 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 4,768.92<br>COMMENT: FR ONE MAIN-DOC 25 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8838 |
| **T JOHN KUEHN**<br>POB 18593<br>PITTSBURGH, PA 15236 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0045 |
| **PRESSLER FELT & WARSHAW LLP**<br>7 ENTIN RD<br>PARSIPPANY, NJ 07054-5020 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **DUQUESNE LIGHT COMPANY***<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 324.93<br>COMMENT: NO ACCT~DUQ LITE/PRAE*NO ACCT/CL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **JEFFREY R HUNT ESQ**<br>GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BORO AND SD OF BRENTWOOD/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Claim Info | Description |
|---|---|---|
| **BRENTWOOD BOROUGH SD & BRENTWOOD BO** <br> C/O JORDAN TAX SVC - DLNQ CLLCTR <br> 102 RAHWAY RD <br> MCMURRAY, PA 15317 | Trustee Claim Number: 21  INT %: 0.00% <br> Court Claim Number: 2 <br> CLAIM: 1,850.19 <br> COMMENT: 9029;10,11*$/CL-PL*NT/SCH | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 9029 |
| **MIDLAND FUNDING LLC** <br> C/O MIDLAND CREDIT MANAGEMENT INC - AGE <br> PO BOX 2011 <br> WARREN, MI 48090 | Trustee Claim Number: 22  INT %: 0.00% <br> Court Claim Number: 4 <br> CLAIM: 2,223.67 <br> COMMENT: AVD/COE*CHASE BANK USA*/AMD F 3-8-18*JUDGMENT | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3460 |
| **MIDFIRST BANK SSB*** <br> ATTN BANKRUPTCY TRUSTEE PMTS* <br> 999 NW GRAND BLVD STE 100 <br> OKLAHOMA CITY, OK 73118 | Trustee Claim Number: 23  INT %: 0.00% <br> Court Claim Number: 5 <br> CLAIM: 233.69 <br> COMMENT: $/CL-PL*THRU 8/17*FR PACIFIC UNION-DOC 44*FR NATIONSTAR-DOC 49 | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 8364 |
| **BALANCE RECOVERY** <br> POB 17 <br> IMPERIAL, PA 15126 | Trustee Claim Number: 24  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: /AMD F*3-8-18 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **HUDSON & KEYSE LLC++** <br> 382 BLACKBROOK RD <br> PAINESVILLE, OH 44077 | Trustee Claim Number: 25  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: /AMD F*3-8-18 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **KEVIN S FRANKEL ESQ** <br> SHAPIRO & DENARDO LLC <br> 3600 HORIZON DR STE 150 <br> KING OF PRUSSIA, PA 19406 | Trustee Claim Number: 26  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NATIONSTAR~MR COOPER/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **BOYER & PENTEK INC** <br> POB 114 <br> MCKEESPORT, PA 15135 | Trustee Claim Number: 27  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/AMD F*9-24-20 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2015 |
| **KML LAW GROUP PC*** <br> 701 MARKET ST STE 5000 <br> PHILADELPHIA, PA 19106 | Trustee Claim Number: 28  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: MIDFIRST BANK/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |