UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/9/22 11:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  JAMIE L. PALASHOFF

        Debtor(s)
Ronda J. Winnecour, Trustee
  Movant
     vs.
JAMIE L. PALASHOFF

        Respondents

Case No.17-23459GLT

Chapter 13

Related to Docket No. 100

### ORDER TO STOP PAYROLL DEDUCTIONS

   AND NOW, this _9th Day of September, 2022_, it is hereby ORDERED, ADJUDGED, and DECREED that,

United States Federal Courts
Attn: Payroll Manager
One Columbus Circle Ne
Ste 2-270
Washington, DC 20544

is hereby ordered to immediately terminate the attachment of the wages of JAMIE L. PALASHOFF, social security number XXX-XX-9029. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JAMIE L. PALASHOFF.

BY THE COURT:

_/s/ Gregory L. Taddonio_ **drb**
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23459-GLT |
| Jamie L. Palashoff | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 09, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2022:**

**Recip ID       Recipient Name and Address**
db              + Jamie L. Palashoff, 3209 Villawood Ave, Pittsburgh, PA 15227-3035

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2022              Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2022 at the address(es) listed below:**

**Name**                **Email Address**

Brian Nicholas
                         on behalf of Creditor Pacific Union Financial  LLC bnicholas@kmllawgroup.com

Brian Nicholas
                         on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com

Jeffrey R. Hunt
                         on behalf of Creditor Borough of Brentwood/Brentwood School District jhunt@grblaw.com

Keri P. Ebeck
                         on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Kevin Scott Frankel
                         on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper et al. pabk@logs.com  logsecf@logs.com

Mark G. Moynihan
                         on behalf of Debtor Jamie L. Palashoff mark@moynihanlaw.net

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Sep 09, 2022 | Form ID: pdf900 | Total Noticed: 1 |

    moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Nicole Bernadette Labletta
    on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper et al. Nlabletta@pincuslaw.com brausch@pincuslaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Shawn N. Wright
    on behalf of Debtor Jamie L. Palashoff shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 10