Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jamie L. Palashoff** <br> aka Jamie L. Jowers, aka Jamie Lynn Palashoff, aka <br> **Jamie Lynn Jowers** <br> *Debtor(s)* | : <br> : <br> : <br> : <br> : | Case No. 17−23459−GLT <br> Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** <br> *Movant(s),* | : <br> : <br> : | Related to Document No. 105 |
| v. <br> **No Respondents** <br> *Respondent(s).* | : <br> : <br> : <br> : | Hearing Date: 1/11/23 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this *The 26th of October, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 105 by the Chapter 13 Trustee,

   It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

   (1)   **On or before December 9, 2022**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

   (2)   This Motion is scheduled for hearing on ***January 11, 2023 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

   (3)   If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

   (4)   Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23459-GLT |
| Jamie L. Palashoff | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Oct 26, 2022 | Form ID: 604 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jamie L. Palashoff, 3209 Villawood Ave, Pittsburgh, PA 15227-3035 |
| cr | + | Borough of Brentwood/Brentwood School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14788181 | + | Balance Recovery, Inc., PO Box 17, Imperial, PA 15126-0017 |
| 14717536 | + | Borough of Brentwood/Brentwood School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15292681 | | Boyer & Pentek, Inc., Attn: Josh Boyer, McKeesport, PA 15132 |
| 15293013 | + | Boyer & Pentek, Inc., Attn: Josh Boyer, 503 Reba Street, McKeesport, PA 15132-7337 |
| 14684367 | ++++ | CENTRAL CREDIT SERVICES, 2070 LITTLE HILLS EXPY, SAINT CHARLES MO 63301-3708 address filed with court:, Central Credit Services, 20 Corporate Park Hills Dr, Saint Charles, MO 63301 |
| 14684368 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, 250 Mt Lebanon Blvd Ste 420, Pittsburgh, PA 15122 |
| 14684370 | | Collection Service Center, Inc., PO Box 560, New Kensington, PA 15068-0560 |
| 14684372 | + | Commonwealth of Pennsylvania, County of Allegheny, Honorable Ralph E. Kaiser, 5001 Curry Rd, Pittsburgh, PA 15236-2569 |
| 14684373 | + | Debt Recovery Solutions, 900 Merchants Concourse, Westbury, NY 11590-5121 |
| 14788182 | + | Hudson & Keys, 382 Blackbrook Road, Painesville, OH 44077-1294 |
| 14788185 | + | Kurt S. Freedman, Balance Recovery, Inc., PO Box 17, Imperial, PA 15126-0017 |
| 14684383 | | Ralph Gulko, Esq., Pressler and Pressler LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14788186 | + | Ronald Amato, Esq., Amato and Associates, P.C., 107 North Commerce Way, Bethlehem, PA 18017-8913 |
| 14684384 | + | T. John Kuehn, 1201 Broughton Rd, Pittsburgh, PA 15236-3451 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 23:46:49 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14684365 | + | Email/Text: bankruptcy@usecapital.com | Oct 26 2022 23:49:00 | Capital Accounts, PO Box 140065, Nashville, TN 37214-0065 |
| 14684366 | + | Email/Text: bankruptcy@usecapital.com | Oct 26 2022 23:49:00 | Capital Accounts, 2120 Crestmoor Rd, Nashville, TN 37215-2654 |
| 14684371 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Oct 26 2022 23:48:00 | Commonwealth Financial Systems, Inc., 245 Main St, Dickson City, PA 18519-1641 |
| 14684374 | ^ | MEBN | Oct 26 2022 23:42:09 | Debt Recovery Solutions, LLC, 6800 Jericho Turnpike, Suite 113E, Syosset, NY 11791-4401 |
| 14684375 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 26 2022 23:47:34 | First Premier Bank, 601 S. Minnesota Avenue, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Sioux Falls, SD 57104-4868 |
| 14684376 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 26 2022 23:48:00 | Internal Revenue Service, Centralized Insolvency, Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14684377 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2022 23:47:38 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 14829774 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2022 23:58:25 | LVNV Funding LLC C/O Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14746529 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2022 23:47:12 | LVNV Funding LLC, C/O Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14730470 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2022 23:48:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15122657 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 26 2022 23:47:06 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14788183 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2022 23:48:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 15033712 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 26 2022 23:48:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14696290 | | Email/PDF: cbp@onemainfinancial.com | Oct 26 2022 23:46:21 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14684379 | + | Email/PDF: cbp@onemainfinancial.com | Oct 26 2022 23:47:05 | OneMain, Attn: Bankruptcy, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 14684380 | + | Email/PDF: cbp@onemainfinancial.com | Oct 26 2022 23:47:28 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 14772806 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 23:47:35 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14684381 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 26 2022 23:48:00 | Pacific Union Financial, 1603 LBJ Freeway, Suite 500, Farmers Branch, TX 75234-6071 |
| 14684382 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2022 23:48:00 | Pennsylvania Dept of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14720193 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 26 2022 23:49:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14749164 | ^ | MEBN | Oct 26 2022 23:43:52 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | MidFirst Bank |
| cr | | Nationstar Mortgage LLC dba Mr. Cooper et al. |
| cr | | Pacific Union Financial, LLC |
| 14752152 | | Duquesne Light Company |
| 14684369 | *P++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477, address filed with court:, Collection Service Center, PO Box 13446, Pittsburgh, PA 15243-0446 |
| 14788184 | ## | Arthur Lashin, Esq., Hayt, Hayt, & Landau, LLC, 123 S. Broad Street, Philadelphia, PA 19109-1003 |
| 14684378 | ##+ | Michael M. Bianco, 4232 Brownsville Rd, Pittsburgh, PA 15227-3330 |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: 604 | Total Noticed: 38 |

14740012    ##+    Pacific Union Financial, LLC, 7880 Bent Branch Drive #100, Irving, TX 75063-6046

TOTAL: 5 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2022 at the address(es) listed below:

**Name**    **Email Address**

Brian Nicholas
on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com

Brian Nicholas
on behalf of Creditor Pacific Union Financial  LLC bnicholas@kmllawgroup.com

Jeffrey R. Hunt
on behalf of Creditor Borough of Brentwood/Brentwood School District jhunt@grblaw.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Kevin Scott Frankel
on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper et al. pabk@logs.com  logsecf@logs.com

Mark G. Moynihan
on behalf of Debtor Jamie L. Palashoff mark@moynihanlaw.net
moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Nicole Bernadette Labletta
on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper et al. Nlabletta@pincuslaw.com  brausch@pincuslaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Shawn N. Wright
on behalf of Debtor Jamie L. Palashoff shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 10