IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/12/22 12:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    JAMIE L. PALASHOFF

        Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Repondents.

Case No.:17-23459

Chapter 13

Related to Docket No. 105

ORDER OF COURT

  AND NOW, this ____ 12th Day of December, 2022 _____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE   drb

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23459-GLT |
| Jamie L. Palashoff | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Dec 12, 2022 | Form ID: pdf900 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jamie L. Palashoff, 3209 Villawood Ave, Pittsburgh, PA 15227-3035 |
| cr | + | Borough of Brentwood/Brentwood School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14788181 | + | Balance Recovery, Inc., PO Box 17, Imperial, PA 15126-0017 |
| 14717536 | + | Borough of Brentwood/Brentwood School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15292681 | | Boyer & Pentek, Inc., Attn: Josh Boyer, McKeesport, PA 15132 |
| 15293013 | + | Boyer & Pentek, Inc., Attn: Josh Boyer, 503 Reba Street, McKeesport, PA 15132-7337 |
| 14684367 | ++++ | CENTRAL CREDIT SERVICES, 2070 LITTLE HILLS EXPY, SAINT CHARLES MO 63301-3708 address filed with court:, Central Credit Services, 20 Corporate Park Hills Dr, Saint Charles, MO 63301 |
| 14684368 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, 250 Mt Lebanon Blvd Ste 420, Pittsburgh, PA 15122 |
| 14684370 | | Collection Service Center, Inc., PO Box 560, New Kensington, PA 15068-0560 |
| 14684372 | + | Commonwealth of Pennsylvania, County of Allegheny, Honorable Ralph E. Kaiser, 5001 Curry Rd, Pittsburgh, PA 15236-2569 |
| 14788182 | + | Hudson & Keys, 382 Blackbrook Road, Painesville, OH 44077-1294 |
| 14788185 | + | Kurt S. Freedman, Balance Recovery, Inc., PO Box 17, Imperial, PA 15126-0017 |
| 14684383 | | Ralph Gulko, Esq., Pressler and Pressler LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14788186 | + | Ronald Amato, Esq., Amato and Associates, P.C., 107 North Commerce Way, Bethlehem, PA 18017-8913 |
| 14684384 | + | T. John Kuehn, 1201 Broughton Rd, Pittsburgh, PA 15236-3451 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 13 2022 00:25:24 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14684365 | + | Email/Text: bankruptcy@usecapital.com | Dec 13 2022 00:09:00 | Capital Accounts, PO Box 140065, Nashville, TN 37214-0065 |
| 14684366 | + | Email/Text: bankruptcy@usecapital.com | Dec 13 2022 00:09:00 | Capital Accounts, 2120 Crestmoor Rd, Nashville, TN 37215-2654 |
| 14684371 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Dec 13 2022 00:08:00 | Commonwealth Financial Systems, Inc., 245 Main St, Dickson City, PA 18519-1641 |
| 14684374 | ^ | MEBN | Dec 13 2022 00:04:24 | Debt Recovery Solutions, LLC, 6800 Jericho Turnpike, Suite 113E, Syosset, NY 11791-4401 |
| 14684375 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 13 2022 00:25:39 | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |

| Recip ID | | Notice Type | Date | Recipient |
|---|---|---|---|---|
| 14684376 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 13 2022 00:08:00 | Internal Revenue Service, Centralized Insolvency, Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14684377 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2022 00:25:40 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 14829774 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2022 00:25:25 | LVNV Funding LLC C/O Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14746529 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2022 00:25:25 | LVNV Funding LLC, C/O Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14730470 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 13 2022 00:09:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15122657 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 13 2022 00:25:30 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14788183 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 13 2022 00:09:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 15033712 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 13 2022 00:08:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14696290 | | Email/PDF: cbp@onemainfinancial.com | Dec 13 2022 00:25:23 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14684379 | + | Email/PDF: cbp@onemainfinancial.com | Dec 13 2022 00:25:23 | OneMain, Attn: Bankruptcy, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 14684380 | + | Email/PDF: cbp@onemainfinancial.com | Dec 13 2022 00:25:28 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 14772806 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 13 2022 00:25:30 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14684381 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 13 2022 00:08:00 | Pacific Union Financial, 1603 LBJ Freeway, Suite 500, Farmers Branch, TX 75234-6071 |
| 14684382 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2022 00:09:00 | Pennsylvania Dept of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14720193 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 13 2022 00:09:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14749164 | ^ | MEBN | Dec 13 2022 00:05:01 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | MidFirst Bank |
| cr | | Nationstar Mortgage LLC dba Mr. Cooper et al. |
| cr | | Pacific Union Financial, LLC |
| 14752152 | | Duquesne Light Company |
| 14684369 | *P++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477, address filed with court:, Collection Service Center, PO Box 13446, Pittsburgh, PA 15243-0446 |
| 14788184 | ## | Arthur Lashin, Esq., Hayt, Hayt, & Landau, LLC, 123 S. Broad Street, Philadelphia, PA 19109-1003 |
| 14684373 | ##+ | Debt Recovery Solutions, 900 Merchants Concourse, Westbury, NY 11590-5142 |
| 14684378 | ##+ | Michael M. Bianco, 4232 Brownsville Rd, Pittsburgh, PA 15227-3330 |

14740012         ##+           Pacific Union Financial, LLC, 7880 Bent Branch Drive #100, Irving, TX 75063-6046

TOTAL: 5 Undeliverable, 1 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2022             Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2022 at the address(es) listed below:**

**Name**            **Email Address**

Brian Nicholas
                   on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com

Brian Nicholas
                   on behalf of Creditor Pacific Union Financial  LLC bnicholas@kmllawgroup.com

Denise Carlon
                   on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com

Jeffrey R. Hunt
                   on behalf of Creditor Borough of Brentwood/Brentwood School District jhunt@grblaw.com

Keri P. Ebeck
                   on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Kevin Scott Frankel
                   on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper et al. pabk@logs.com  logsecf@logs.com

Mark G. Moynihan
                   on behalf of Debtor Jamie L. Palashoff mark@moynihanlaw.net
                   moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Nicole Bernadette Labletta
                   on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper et al. Nlabletta@pincuslaw.com  brausch@pincuslaw.com

Office of the United States Trustee
                   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                   cmecf@chapter13trusteewdpa.com

Shawn N. Wright
                   on behalf of Debtor Jamie L. Palashoff shawn@shawnwrightlaw.com
                   wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 11